# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Carolyn Haney** _____   Case No.   **18-14464** _____

                                        Debtor(s)                       Chapter   **13** _____

## CERTIFICATE OF SERVICE

I hereby certify that on **August 15, 2019**, a copy of **Motion to Sell Property Free and Clear of Liens and Hearing Notice**   were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**\*all creditors on the attached creditor matrix** _____

**/s/ Robert H. Lomenick** _____
**Robert H. Lomenick 104186**
**Schneller & Lomenick, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224Fax:662-252-2858**
**rlomenick@gmail.com**