

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROLYN HANEY                                    CASE NO.  18-14464 JDW

DEBTOR                                                 CHAPTER 13

### ORDER ON MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

THIS CAUSE came before the Court upon the Debtor's Motion to Sell Property Free and Clear of Liens (Dkt. #45); and after notice and opportunity for hearing, and no responses having been filed by the deadline set by the Court, the motion is due to be granted:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor is hereby allowed to sell her manufactured home and 3 (three) acres of land, located at 390 Cross Creek Cove, Byhalia, Mississippi, 38611,

**IT IS FURTHER ORDER AND ADJUDGED** that the claim of Vanderbilt Mortgage and Finance (Clm #3-1) shall be paid in full at the time of closing,

**IT IS FURTHER ORDER AND ADJUDGED** that from the net proceeds of the sale, Debtor shall be allowed to retain $19,398.00 of exempt equity,

**IT IS FURTHER ORDER AND ADJUDGED** the remaining net proceeds from the sale shall be remitted to the Chapter 13 Trustee for pro-rata distribution to general unsecured creditors with timely filed proofs of claim,

**IT IS FURTHER ORDER AND ADJUDGED** that the Debtor shall provide a signed settlement statement to the Trustee once the closing has been completed,

**IT IS FURTHER ORDER AND ADJUDGED** that the Chapter 13 Trustee shall amend the

wage order as necessary to effectuate the terms of this order.

**#ENDOFORDER#**

**SUBMITTED BY:**

KAREN B. SCHNELLER - MSB #6558
ROBERT H. LOMENICK, MSB #104186
SCHNELLER & LOMENICK, P.A.
Attorneys for Debtor
Post Office Box 417
Holly Springs, MS  38635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com