## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROLYN HANEY                                       CASE NO.  18-14464 JDW

DEBTOR                                                     CHAPTER 13

### MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

COMES NOW, Robert H Lomenick, Jr., and files this Motion to Withdraw as Counsel for the Debtor, and in support thereof would show unto the Court as follows:

1. Counsel and the Debtor have reached an impasse in communication, and further representation of the Debtor would not be beneficial to the Debtor or the Chapter 13 case,

2. Counsel has done everything in his ability to prudently represent the Debtor and her best interests, but Counsel or his staff can no longer effectively communicate with the Debtor,

3. The Debtor has informed me that she wishes to retain another attorney to represent her in the remainder of this case.

**WHEREFORE, PREMISES CONSIDERED**, counsel respectfully requests the Court enter an Order Allowing him to Withdraw as Counsel for Debtor, Allowing her to retain another attorney for representation in her chapter 13 case if she wishes, and for such other and further general relief as the Court deems just and proper under the circumstance

Respectfully submitted, this the 10th day of September, 2019.

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB#6558
ROBERT H. LOMENICK, MSB #104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
rlomenck@gmail.com

## **CERTIFICATE OF SERVICE**

I, Robert H. Lomenick, attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States Mail, postage prepaid or via electronic delivery of the above and foregoing Motion to Withdraw as Attorney for the Debtor to the case trustee, and the U.S. Trustee:

**Ms. Locke D. Barkley**
**Chapter 13 Trustee**
**sbeasley@barkley13.com**

**U. S. Trustee**
**USTPRegion05.AB.EDV@usdoj.gov**

I further do hereby certify that I have this day forwarded a true and correct copy of the Motion to Withdraw as Counsel to the following parties by United States Postal Service and electronic delivery:

**Carolyn Haney**
**300 Cross Creek**
**Byhalia, MS 38611**

**Carolyn Haney**: carolyn_haney8@yahoo.com

DATED: September 10th, 2019

                                                /s/Robert H. Lomenick
                                                ATTORNEY FOR DEBTOR(S)